IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FONOVISA, INC, <br> A CALIFORNIA CORPORATION, <br> ET AL. <br>         PLAINTIFFS, <br><br> V. <br><br> DOES 1-41, <br>         DEFENDANTS. | §§§§§§§§§§ | CAUSE NO. A-04-CA-550-LY |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs Fonovisa, Inc., et al.'s Plaintiffs' Expedited *Ex Parte* Motion For Order Permitting Third-Party Discovery Prior To Fed. R. Civ. P. 26(f) Conference (Clerk's Document No. 3) is **REFERRED** to United States Magistrate Judge Robert Pitman, for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as subsequently amended.

SIGNED this 25th day of August, 2004.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

