IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FONOVISA, INC. ET. AL., | § | |
| Plaintiff, | § § § | |
| V. | § | A-04-CA-550-LY |
| DOES 1-41, | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the Response of Grande Communications, Inc. to Subpoena and Motion to Establish Standing Procedures, filed November 15, 2004 [Dkt. 7/8]. The motion was referred to the undersigned Magistrate Judge's docket pursuant to 28 U.S.C. § 636(b)(1)(a), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C to the Local Rules of the United States District Court for the Western District of Texas.

After considering the parties' pleadings in this cause, the Court hereby **ORDERS** these motions set for hearing at 9:30 a.m. on Monday, December 20, 2004. The hearing will take place in Courtroom Four of the United States Courthouse at 200 W. 8th. Street, Austin, Texas..

SIGNED this 8th day of December, 2004.

ROBERT PITMAN
UNITED STATES MAGISTRATE JUDGE