FILED
2005 AUG 11  AM 9: 59
CLERK ... DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FONOVISA, INC., et al., | § | |
| Plaintiffs, | § | |
| vs. | § | No. A-04-CA-550-LY |
| DOES 1-41, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to rule 41 of the Federal Rules of Civil Procedure, and upon the notice of dismissal filed by the plaintiffs, the court dismisses without prejudice all of the plaintiffs' claims in this case against the following defendant only:

Doe # 1  (IP address/date/time: 24.155.100.153 2004-07-11 07:26:32)

Signed this _11th_ day of _August_ 2005.

_____
UNITED STATES DISTRICT JUDGE

DALLAS 1554566v1